```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

PHILADELPHIA INDEMNITY INSURANCE
COMPANY                                                    PLAINTIFF

VERSUS                        CIVIL ACTION NO. 5:06cv183-DCB-JMR

TEQUILA T. THOMAS
ANTHONY JONES                                              DEFENDANT

### FINAL JUDGMENT

This matter comes before the Court on Defendant Tequila Thomas's Motion to Dismiss [**docket entry no. 4**], and the Court having granted said motion in an order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED, this the   31st   day of    May   , 2007.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE